TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00656-CR

Tamara Kay Blend, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 46,646, HONORABLE RICK MORRIS, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for arson. Appellant has filed a motion
to withdraw this appeal. No decision of this Court has been delivered. The motion is granted and the
appeal is dismissed. Tex. R. App. P. 59(b).

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellant's Motion

Filed: December 19, 1996

Do Not Publish